ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **5857 PARK VISTA, LLC.** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 4:17-CV-00818-A |
| | § | |
| **UNITED STATES LIABILITY** | § | |
| **INSURANCE COMPANY** | § | |
| | § | |
| *Defendant.* | § | |

### PLAINTIFF'S STIPULATION OF DISMISSAL WITHOUT PREJUDICE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW Plaintiff, 5857 PARK VISTA, LLC (Plaintiff), and files this Stipulation of Dismissal without Prejudice.

1. Plaintiff is 5857 Park Vista, LLC. Defendant is United States Liability Insurance Company.

2. On August 29, 2017, Plaintiff sued Defendant.

3. Plaintiff moves to dismiss this lawsuit in its entirety without prejudice.

4. This case is not a class action under Federal Rules of Civil Procedure 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2.

5. A receiver has not been appointed in this case.

6. This case is not governed by any federal statute that requires a court order for dismissal of the case.

7. Plaintiff has not previously dismissed any federal or state court suit based on or including the same claims as those presented in this case.

8. This dismissal is without prejudice.

Respectfully submitted,

*/s/ Marc K. Whyte*

Marc K. Whyte
State Bar No. 24056526
mwhyte@whytepllc.com
"Attorney-In-Charge"
**OF**
**WHYTE PLLC**
1045 Cheever Blvd., Suite 103
San Antonio, Texas 78217
Telephone:   (210) 562-2888
Facsimile:    (210) 562-2873

**ATTORNEY FOR PLAINTIFF**

Frank Hill
State Bar No. 09632000
fhill@hillgilstrap.com

Gregory A. Eyster
State Bar No. 24055462
geyster@hillgilstrap.com
**OF**
**HILL GILSTRAP, P.C.**
1400 W. Abram Street
Arlington, Texas 76013
Telephone:   (817) 276-4906
Facsimile:    (817) 861-4685

**LOCAL COUNSEL FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of March, 2018, I mailed the above pleading to the clerk of court for the U.S. District Court, Northern District of Texas, Fort Worth Division so it may be filed and served the following counsel in accordance with the Federal Rules of Civil Procedure:

Daniel P. Buechler
Alexander G. Blue
Thompson, Coe, Cousins, & Irons, LLP
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone (214) 871-8200
Facsimile (214) 871-8209

_____
Marc Whyte
State Bar No. 24056526