IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| 5857 PARK VISTA, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:17-CV-818-A |
| | § | |
| UNITED STATES LIABILITY INSURANCE COMPANY, | § | |
| | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

Consistent with the stipulation of dismissal filed by plaintiff, 5857 Park Vista, LLC, earlier on the date of the signing of this final judgment,

The court ORDERS, ADJUDGES, and DECREES that all claims and causes of action asserted by plaintiff against defendant, United States Liability Insurance Company, be, and are hereby, dismissed without prejudice.

SIGNED March 6, 2018.

_____
JOHN McBRYDE
United States District Judge